**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| NORVIEW BUILDERS, INC., | ) | Case No. 09 B 32588 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |

**NOTICE OF MOTION**

TO:  See Attached Service List

**PLEASE TAKE NOTICE THAT** on June 7, 2011, at 10:00 a.m., I shall appear before the Honorable Jack B. Schmetterer, or any other judge sitting in his stead, in Room 682, 219 South Dearborn Street, Chicago, Illinois, and request a hearing on the Debtor's Motion To Enter Final Decree and Close Chapter 11 Case, a copy of which is attached hereto and hereby served upon you.

**CERTIFICATE OF SERVICE**

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List via U.S. Mail on the 23rd day of May 2011.

        /s/ Gregory K. Stern
        Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
James E. Hausler (Atty. ID #6292973)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 South Dearborn Street
Room 873
Chicago, Illinois 60604

Scott H. Kenig
Randall & Kenig LLP
455 N. Cityfront Plaza Drive
#3160
Chicago, IL 60611

**Parties Served Via First Class Mail**

Norview Builders, Inc.
9417 South Tulley Avenue
Oak Lawn, Illinois 60453

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| NORVIEW BUILDERS, INC., | ) | Case No. 09 B 32588 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |
| | ) | Hearing Date: June 7, 2011 |
| | ) | Hearing Time: 10:00 a.m. |

**MOTION TO ENTER FINAL DECREE AND CLOSE CHAPTER 11 CASE**

Now comes Norview Builders, Inc., Debtor and Debtor In Possession, by and through its attorneys, Gregory K. Stern, Monica C. O'Brien, James E. Hausler and Christina M. Riepel, and in support of its Motion to Enter Final Decree and Close Chapter 11 Case, pursuant to 11 U.S.C. § 350 and Bankruptcy Rule 3022, states as follows:

1. On September 1, 2009, the Debtor filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code.

2. On April 26, 2011, an Order Confirming Third Amended Plan of Reorganization Dated January 6, 2011 (the "Confirmation Order"), was entered. The Confirmation Order is final and not subject to appeal.

3. On May 5, 2011, the Class Two Secured Real Estate Tax Claims were paid in full.

4. Class 1 Secured Claims are contractually current and continue to be paid on time.

5. Class 3 Claims are scheduled to be paid in full plus 5% interest per annum from the Effective Date by December 31, 2011.

6. The Debtor has made arrangements for the payment of its Administrative Claims with Gregory K. Stern, P.C.

7. The Debtor has made all payments required by the United States Trustee.

8. The foregoing distributions represent all payments required under the Debtor's Third

Case 09-32588    Doc 142    Filed 05/23/11    Entered 05/23/11 17:20:40    Desc Main
              Document      Page 4 of 4

Amended Plan of Reorganization (the "Confirmed Plan"), except as otherwise set forth herein.

9. The Debtor's Confirmed Plan has been substantially consummated.

10. The Debtor's Confirmed Plan satisfies the requirements of Bankruptcy Code §1129(b); the Plan complies with the applicable provisions of Title 11 and has been proposed in good faith and not by any means forbidden by law; and, the Confirmed Plan is feasible in that the Confirmation Order is not likely to be followed by the need for further financial reorganization.

11. There are no remaining contested matters pending and no further steps need be taken to facilitate the administration of the Confirmed Plan.

WHEREFORE, Norview Builders, Inc., the Debtor, prays for an order as follows:

(a) Granting the Motion To Enter Final Decree and Close Chapter 11 Case pursuant to §350 and Bankruptcy Rule 3022;

(b) Entering Final Decree closing the Debtor's Chapter 11 case; and,

(c) For such other relief as may be just.

        /s/ Gregory K. Stern
Gregory K. Stern, Debtor's Attorney

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
James E. Hausler (Atty. ID #6292973)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558