**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| NORVIEW BUILDERS, INC., | ) | Case No. 09 B 32588 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |
| | ) | |
| | ) | Hearing Date: June 7, 2011 |
| | ) | Time: 10:00 a.m. |

**NOTICE OF DEBTOR'S MOTION TO ENTER FINAL DECREE AND
CLOSE CHAPTER 11 CASE**

TO THE DEBTOR, ITS CREDITORS AND ALL PARTIES IN INTEREST:

**PLEASE BE ADVISED THAT** on May 23, 2011, Gregory K. Stern, Monica C. O'Brien, James E. Hausler and Christina M. Riepel of Gregory K. Stern, P.C., Attorneys for the Debtor, Norview Builders, Inc., filed the Debtor's Motion To Enter Final Decree and Close Chapter 11 Case, requesting, pursuant to 11 U.S.C. § 350 and Bankruptcy Rule 3022, that the Bankruptcy Court enter a final decree and close the Debtor's Chapter 11 case pursuant to § 350 and Bankruptcy Rule 3022.  The Debtor's Motion To Enter Final Decree and Close Chapter 11 Case is on file with the Clerk of the United States Bankruptcy Court, Northern District of Illinois, and may be inspected at 219 South Dearborn Street, 7th Floor, Chicago, Illinois;

**BE ADVISED FURTHER THAT** Objections to the Debtor's Motion To Enter Final Decree and Close Chapter 11 Case must be filed on or before June 3, 2011, with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, 7th Floor, Chicago, Illinois 60604, and served upon Debtor's Counsel, Gregory K. Stern, P.C., 53 West Jackson Boulevard, Suite 1442, Chicago, Illinois 60604; and,

**BE ADVISED FURTHER THAT** hearing on the Debtor's Motion To Enter Final Decree and Close Chapter 11 Case has been set for June 7, 2011, at 10:00 a.m., before the Honorable Jack B. Schmetterer, United States Bankruptcy Judge, Courtroom 682, 219 South Dearborn Street, Chicago, Illinois.

Dated: May 25, 2011

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
James E. Hausler (Atty. ID #6292973)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604
(312) 427-1558

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| NORVIEW BUILDERS, INC., | ) | Case No. 09 B 32588 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |
| | ) | |
| | ) | Hearing Date: June 7, 2011 |
| | ) | Time: 10:00 a.m. |

**CERTIFICATE OF SERVICE**

    I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing **NOTICE OF DEBTOR'S MOTION TO ENTER FINAL DECREE AND CLOSE CHAPTER 11 CASE** to be served on all persons set forth on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois on the 25th day of May, 2011.

                                                          /s/ Gregory K. Stern
                                                            Gregory K. Stern

Gregory K. Stern, P.C.
Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
James E. Hausler (Atty ID #6292973)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick Layng, United States Trustee
219 South Dearborn Street,
Suite 873
Chicago, Illinois 60604

Scott H. Kenig
Randall & Kenig LLP
455 N. Cityfront Plaza Drive
#3160
Chicago, IL 60611

**Parties Served Via First Class Mail**

Norview Builders, Inc.
9417 South Tulley Avenue
Oak Lawn, Illinois 60453

Charter One Bank, NA
1215 Superior Avenue
Cleveland, OH 44114

GE Capital
PO Box 3083
Cedar Rapids, IA 52406

Realtax Developers, Ltd.
PO Box 3021
Peoria, IL 61612-3021

Sabre Group
PO Box 3074
Carbondale, IL 62902

State Bank of Countryside
6734 Joliet Road
Countryside, IL 60525

Tax Relief, Inc.
1107 South Mannheim Road
Suite 310
Westchester, Illinois 60154

Will County Treasurer
302 North Chicago Street
Joliet, IL 60432